# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2016

152781(23)(24)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CLARENCE ALLEN WALTER, III,
        Defendant-Appellant.

SC: 152781
COA: 329345
St. Joseph CC: 12-017973-FC;
12-017974-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's September 6, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to expand the record is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2016



Clerk

p1212